**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JUSTIN CLEMMER,**                                   CASE NO.   3:13-cv-040

    Plaintiff,                                    **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

  Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of benefits; and this case is **CLOSED** from the docket of the Court.

Date: November 25, 2013                              **JOHN P. HEHMAN, CLERK**

                                                              By: _s/ M. Rogers_
                                                             Deputy Clerk